IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **05-cr-294-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.     **AMADO MEDINA**
3.     **MARIA MEDINA**
11.   **MIGUEL IZAGUIRRE**
13.   **MARTIN VALDOVINES VASQUEZ,**

        Defendants.

## ORDER

Kane, J.

This matter is before the court on the Government's Status Report and Motion to Dismiss Certain Defendants (doc. #949), filed December 27, 2007. It is

ORDERED that all charges against Defendant #3, Maria Medina and Defendant #13, Martin Valdovines Vasquez are DISMISSED. It is

FURTHER ORDERED that a Status Conference regarding the remaining two defendants is scheduled for **January 10, 2008 at 2:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated this 3rd day of January, 2008.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        John L. Kane, Senior Judge
                                        United States District Court